**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000374
13-FEB-2014
09:45 AM**

NO. CAAP-14-0000374

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellant, v.
YOUNG S. JEONG, Defendant-Appellee

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
(CASE NO. 2DTA-13-00052)

ORDER REGARDING
MOTION TO WITHDRAW NOTICE OF APPEAL
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon consideration of the "Motion to Withdraw Notice of Appeal" (Motion) filed on January 27, 2014 by Plaintiff-Appellant State of Hawaiʻi (Appellant), the records and files herein, and noting no opposition, it appears that Appellant seeks dismissal of the appeal. Therefore, pursuant to Rule 42(a) of the Hawaiʻi Rules of Appellate Procedure (HRAP), which is applicable where no record on appeal has been docketed,

IT IS HEREBY ORDERED that the Motion is granted, and the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, February 13, 2014.

Presiding Judge

Associate Judge

Associate Judge